Submitted on record and briefs July 22, reversed and remanded for reconsideration August 26, 1992

In the Matter of the Compensation of
Monte L. Forster, Claimant.

FARMERS UNION
CENTRAL EXCHANGE, INC.
and Employers Insurance of Wausau,
a Mutual Company,
*Petitioners,*

*v.*

Monte L. FORSTER,
*Respondent.*

(WCB 91-02871; CA A73079)

836 P2d 143

Richard H. Rizk, Wausau Insurance Companies, Beaverton, filed the brief for petitioners.

Karen M. Werner and Emmons, Kropp, Kryger, Alexander, Egan & Allen, Eugene, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131 (1992).